800

█ Concur — Capozzoli, J. P., McGivern, Markewich, Nunez and McNally, JJ.

█ HELEN ELKIND, Respondent-Appellant, v. LAWRENCE ELKIND, Appellant-Respondent.— █

█ Concur — Markewich, J. P., Nunez, McNally and Steuer, JJ.

█ HELEN ELKIND v. LAWRENCE ELKIND.— █

█ Concur — Markewich, J. P., Nunez, McNally and Steuer, JJ.

█ In the Matter of the Arbitration between DAN CURTIS PRODUCTIONS, INC., Respondent, and WRITERS GUILD OF AMERICA, EAST INC., Appellant.— █